# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama (Dothan)

IN RE:

Wally O. Widgeon and Maurine Widgeon

Case No.: 11-10756

## NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS

Wells Fargo Bank, N.A., as Servicer, hereby gives notice that all presently held or future payments to the creditor for the Court claim number(s) 4 from the Chapter 13 Trustee should be sent to the following address:

**OLD Payment Address:**

Wells Fargo Financial Alabama, Inc

PO Box 14486

Des Moines, IA 50306

**NEW Payment Address:**

Wells Fargo Financial Alabama, Inc

One Home Campus

Attention: Payment Processing MAC X2302-04C

Des Moines, IA 50328

Authorization: Under penalty of perjury, I, the undersigned, affirm that I am authorized to request this address change.

Date: 08/10/2015

By: /s/Melissa Ann Anderson

Vice President Loan Documentation

Specific Contact Information:

Wells Fargo Bank, N.A.

Attention: Bankruptcy Department MAC D3347-014

3476 Stateview Blvd

Fort Mill, SC 29715

P:800-274-7025 E:wffbkcourtfilings@wellsfargo.com

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing Notice of Change of Address for Payments has been served electronically on the Chapter 13 Trustee and the Debtor(s)' counsel on the same day it was filed with the Court.

/s/Melissa Ann Anderson

Authorized Agent